## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PROPEL CHARTER SCHOOLS,

                    Petitioner

            v.

PENNSYLVANIA DEPARTMENT OF
EDUCATION (STATE CHARTER SCHOOL
APPEAL BOARD),

                    Respondent

: No. 49 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.